UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HELEN SWARTZ, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| V. | ) | C.A. No: 1:18-cv-00589-WES-PAS |
| | ) | |
| | ) | |
| HURRICANE HUT, LLC, | ) | |
| *Defendant.* | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Helen Swartz, and Defendant Hurricane Hut, LLC, hereby stipulate, by and through undersigned counsel, that this matter may be dismissed with prejudice, with each party to bear its own costs and all rights of appeal waived.

| Plaintiff, | Defendant, |
|---|---|
| Helen Swartz, | Hurricane Hut, LLC, |
| By her Attorneys, | By its Attorneys, |
| /s/   Roger N. LeBoeuf_____ | /s/  Stacey P. Nakasian_____ |
| Roger N. LeBoeuf, Esq. (#5208) | Stacey P. Nakasian, Esq. (#5069) |
| HEALD & LEBOEUF, LTD. | DUFFY & SWEENEY, LTD. |
| One Turks Head Place | 321 South Main Street, Suite 400 |
| 76 Westminster Street, Suite 600 | Providence, RI 02903 |
| Providence, RI 02903 | (401) 455-0700 (T) |
| (401) 421-1500 (T) | (401) 455-0701 (F) |
| (401) 331-5886 (F) | snakasian@duffysweeney.com |
| rnl@headandleboeuf.com | |

2

| | |
|---|---|
| /s/   Lawrence A. Fuller<br>Lawrence A. Fuller, Esq. (*pro hac vice*)<br>FULLER, FULLER & ASSOCIATES, P.A.<br>12000 Biscayne Blvd., Suite 502<br>North Miami, FL 33181<br>(305) 891-5199 (T)<br>(305) 893-9505 (F)<br>lfuller@fullerfuller.com | /s/ Gregory Tumolo<br>Gregory Tumolo, Esq. (#8652)<br>DUFFY & SWEENEY, LTD.<br>321 South Main Street, Suite 400<br>Providence, RI 02903<br>(401) 455-0700 (T)<br>(401) 455-0701 (F)<br>gtumolo@duffysweeney.com |

Dated:  August 1st, 2019